# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

TRUSTEES OF THE LOCAL 475 PENSION FUND

                      Plaintiffs,

    -against-                                                        08 Civ. 4989 (KMK)

                                                              **SUBSTITUTION OF ATTORNEY**

CHRISTOPHER FLORIN,

                      Defendant.

---------------------------------------------------------------------------X

     PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Emily A. Roscia, Esq. is hereby substituted as counsel of record.

Dated:  Elmsford, New York
         August 11, 2008

                                **Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC**

                                 By: _____
                                 Emily A. Roscia, Esq. (ER 3649)
                                 258 Saw Mill River Road
                                 Elmsford, New York 10523
                                 (914) 592-1515

**SO ORDERED:**

_____
**HONORABLE JUDGE KENNETH M. KARAS, U.S.D.J.**

F:\LEGAL\475\475 v. Florin\Substitution of Attorney.doc