# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

TRUSTEES OF THE LOCAL 475 PENSION FUND

Plaintiffs,

-against-                                                      08 Civ. 4989 (KMK)

**SUBSTITUTION OF**
**ATTORNEY**

CHRISTOPHER FLORIN,

Defendant.

----------------------------------------------------------------------x

PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for
Plaintiff(s) in this action, is no longer associated with this firm, and that Emily A. Roscia, Esq. is
hereby substituted as counsel of record.

Dated: Elmsford, New York
       August 11, 2008

                                         **Barnes, Iaccarino, Virginia, Ambinder &**
                                         **Shepherd, PLLC**

                                         By: _____
                                             Emily A. Roscia, Esq. (ER 3649)
                                             258 Saw Mill River Road
                                             Elmsford, New York 10523
                                             (914) 592-1515

**SO ORDERED:**

_____
**HONORABLE JUDGE KENNETH M. KARAS, U.S.D.J.**

DATED

F:\LEGAL\475\475 v. Florin\Substitution of Attorney.doc

8/14/08

| USDS SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x

BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES
OF THE PLUMBING AND PIPEFITTING INDUSTRY LOCAL 373
BENEFIT FUNDS,

Plaintiffs,

-against-

08 Civ. 4989 (KMK)

**AFFIDAVIT
PURSUANT TO
LOCAL CIVIL
RULE 1.4**

CHRISTOPHER FLORIN,

Defendant.

------------------------------------------------------------------------------x

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF WESTCHESTER     )

Emily A. Roscia, Esq., being duly sworn, deposes and says:

1.    I am a member of the bar of this Court and am associated with the firm Barnes,
Iaccarino, Virginia, Ambinder & Shepherd, PLLC, the attorneys of record for the Plaintiffs,
Board of Trustees of the Local Union 373 United Association of Journeymen and Apprentices of
the Plumbing and Pipefitting Industry Local 373 Benefit Funds. I am fully familiar with the
facts set forth herein, and submit this Affidavit with the annexed Substitution of Attorney
pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Court for
the Southern and Eastern Districts of New York.

2.    Karin Arrospide, Esq., who was counsel of record for Plaintiffs in this action, is

no longer associated with this firm, and I have been assigned as the attorney for this matter.

3.    The Complaint was filed on May 30, 2008. There currently are no dates

scheduled.

WHEREFORE, Plaintiffs respectfully request that the annexed Substitution of Attorney

be granted.

Dated: Elmsford, New York
        August 13, 2008

Emily A. Roscia, Esq. (ER 3649)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

Sworn to before me this 13 day of
August, 2008

Notary Public

WENDELL V. SHEPHERD
Notary Public, State of New York
No. 31-4902931
Qualified in New York County
Commission Expires March 1, 2010

F:\Local 475\Christopher Florin\Rule 4.1 Affidavit.doc

2